[No. 4034–II.   Division Two.   March 9, 1982.]

*In the Matter of the Marriage of* VICTORIA GWINN,
*Respondent, and* JOHNNY N. GWINN,
*Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 69747, John W. Schumacher, J.,
entered March 30, 1979. *Affirmed* by unpublished opinion
per Petrie, J., concurred in by Reed, C.J., and Johnson, J.
Pro Tem.

[No. 4182–4–III.   Division Three.   March 9, 1982.]

HARVEY MARTIN, *Appellant,* v. PEARL FARMS,
INC., *Respondent.*

Appeal from a judgment of the Superior Court for Grant
County, No. C–27792, Clinton J. Merritt, J., entered Sep-
tember 12, 1980. *Affirmed* by unpublished opinion per
Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4790–II.   Division Two.   March 11, 1982.]

UTAH HOME FIRE INSURANCE COMPANY, *Respondent,* v.
THOMAS K. MURPHY, ET AL, *Appellants,* SAFECO
INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 69700, Robert D. McMullen, J., entered April
25, 1980. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Petrich, J., concurred in by Reed, C.J.,
and Petrie, J.